# EXHIBIT E

From: **Capital One** <capitalone@notification.capitalone.com>  
Date: Sat, May 18, 2024 at 7:41 AM  
Subject: Your payment is due tomorrow, May 19, 2024  
To: <bruno84oliv@gmail.com>

 Sign in



 Platinum Card…7869

# Your payment is due tomorrow. Make a payment now to avoid a late fee.

Hi Bruno,

We noticed you haven't made your minimum payment of $25.00 this month. To avoid late fees, please schedule a payment **by 8 pm ET tomorrow, May 19, 2024.**

Make a payment

Payment information as of May 16, 2024. If you've already made a payment that meets your minimum amount due, you're all set. You can always review your most up-to-date payment activity online.

 Download the Capital One Mobile app.

**About this message**

Unsubscribe with one click if you no longer want to receive this account alert.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

**Important information from Capital One**

Contact us  |  Privacy  |  Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to bruno84oliv@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

© 2024 Capital One. Capital One is a federally registered service mark.

EML2PY 11030 1166876 1007