# EXHIBIT C

**From:** Capital One | VentureOne <capitalone@notification.capitalone.com>
**To:** "shapiro22688@yahoo.com" <shapiro22688@yahoo.com>
**Sent:** Sunday, March 10, 2024 at 10:45:15 PM EDT
**Subject:** Your VentureOne Credit Card statement is ready

  

Sign in

## Your VentureOne Credit Card statement is ready.

About your VentureOne Credit Card ending in 4292

Hi RYAN A SHAPIRO,

Your statement is available online. Here are the details:

| | |
|---|---|
| **Statement balance:** | $2,319.75 |
| **Minimum payment:** | $75.00 |
| **Payment due date:** | April 03, 2024 **by 8 p.m. ET** |

You're currently enrolled in AutoPay. The payment amount you selected will be debited from your account on your due date. You can manage your AutoPay settings online.

View your statement        View scheduled payment

### Was this email helpful?

    

Absolutely    Sure    Neutral    Not really    Nope

Download the Capital One Mobile app.

**About this message**

Unsubscribe with one click if you no longer want to receive this account alert.

If your account is past due, the following disclosures apply:

**State and Local Disclosures.** If you receive this communication in Connecticut, the District of Columbia, Hawaii, New York City, North Carolina, or Oregon and your account involves a debt owed primarily for personal, family, household, or other consumer purpose(s), or if you receive this communication in Vermont irrespective of the nature of the debt associated with your account, the following disclosure is required by state or local law:

**This is an attempt to collect a (consumer) debt (claim). Any information obtained will be used for that purpose.**

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household, or other consumer purpose(s) and you receive this communication in Hawaii or Oregon:

**This communication is from a debt collector.**

The following disclosure is required by state law if your account involves a debt owed primarily for personal, family, household, or other consumer purpose(s) and you receive this communication in Massachusetts:

**NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

This is not a complete list of the rights that you might have. The terms above in this Section are defined by applicable state or local law. Pursuant 15 USC 1692a(6)(B) and (F) of the Fair Debt Collection Practices Act, Capital One, N.A., is not a debt collector under federal law.

View additional disclosures that may apply to you.

There is a basic version of this statement notification email available. If you want to switch notification versions, sign in to your account and select Security Alerts.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

Please visit our Set Alerts page to modify your alerts subscription preferences.

Web access is needed to use mobile banking. Check with your service provider for details of specific fees and charges.

**Important information from Capital One**

Contact us | Privacy | Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to shapiro22688@yahoo.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/help-center/contact-us.

Products and services are offered by Capital One, N.A.

© 2023 Capital One. Capital One is a federally registered service mark.

PSOSRE 45541 2902100 6 1056

TP1001